JEFFREY A. SEGAL
646-432-5508
segal@srstlaw.com

www.srstlaw.com

110 EAST 59th STREET
22 FLOOR
NEW YORK, NY 10022

TELEPHONE: 646-432-5508
FAX: 646-432-5509

March 3, 2022

**VIA E-FILING**
Honorable District Judge Colleen McMahon,
United States District Court
Southern District of New York,
500 Pearl Street,
New York, NY 10007

3/4/2022
Case stayed pending med tin - gord
[illegible signature]

| RE: | Khan Suleman v. Alasker Verdanidze and Opal Express, Inc. |
|---|---|
| DOL: | 07/22/2020 |
| Index No.: | 1:21-cv-04148-CM |
| Our File No.: | 400340 |

**MEMO ENDORSED**

Dear Judge McMahon,

We represent defendants, Alasker Verdanidze and Opal Express, Inc., in the above-referenced matter.

At this time, counsel have agreed to mediate the lawsuit with Richard Byrne of NAM and currently are in the process of scheduling same to occur at his earliest available date which is in June or July, 2022. Therefore, although discovery is complete, we request the deadline for expert depositions, joint pre-trial order, motions for summary judgment and motions in limine be held in abeyance until after the mediation is completed. To that end, we ask that a conference be scheduled for after mediation, if unsuccessful, to set final deadlines for the foregoing.

Thank you in advance for your anticipated attention and courtesies to this matter.

Respectfully submitted,

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: /s/ Jeffrey S. Segal
Jeffrey A. Segal, Esquire

Cc: Vel Belushin, Esquire

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2022

{J0759576.DOCX}